```
                            FILED
                   CLERK, U.S. DISTRICT COURT

                        Aug, 8, 2022

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY:      KH         DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MAZEN, | ) Case No. 2:22-cv-03024-FMO-JC |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| T. ALLEN, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the June 24, 2022 Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that the Petition and this action are dismissed without prejudice and that Judgment be entered accordingly.

///

///

///

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and any counsel for respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  August 8, 2022

                                                      /s/

                                HONORABLE FERNANDO M. OLGUIN
                                UNITED STATES DISTRICT JUDGE