JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

Aug. 8, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KH_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANK MAZEN,                          ) Case No. 2:22-cv-03024-FMO-JC
                    Petitioner,       )
                                      )
        v.                            ) JUDGMENT
                                      )
T. ALLEN,                             )
                                      )
                    Respondent.       )
_____      )

        Pursuant to this Court's Order Accepting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this
action are dismissed without prejudice.

        DATED: August 8, 2022
              _____

                                   /s/
                        _____
                        HONORABLE FERNANDO M. OLGUIN
                        UNITED STATES DISTRICT JUDGE